In *State v. Kemper,* 629 S.W.2d 624 (Mo.App.1982) No. WD 32,206, handed down January 12, 1982, by Missouri Court of Appeals, Western District, the details of Kemper's contention are fully set out and will not be repeated. The decision there rules the point raised in this case and requires the conclusion, on the authorities cited, that the inculpatory statements were properly received in evidence.

The judgment and sentence are affirmed.

All concur.

**STATE of Missouri, Respondent,**

v.

**Gary Duane KEMPER, Appellant.**

**No. WD 32190.**

Missouri Court of Appeals,
Western District.

Jan. 12, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Feb. 16, 1982.

Application to Transfer Denied March 16, 1982.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P. J., and PRITCHARD and CLARK, JJ.

PRITCHARD, Judge.

Appellant raises the same point that he was entitled to have the *Miranda* warnings given him when he was first stopped by the police, as was ruled against him in the companion case of *State v. Kemper,* 629 S.W.2d 624 (Mo.App.1982). The facts surrounding the police stop, a subsequent consent search of appellant's automobile, wherein incriminating evidence was found, and *thereafter* an inculpatory statement was made *after* appellant had been fully advised of his rights, are set forth in that opinion. Case No. WD 32206 rules the single point here, and it must be held that appellant's confession was voluntarily given.

The judgment of conviction of robbery in the first degree, with an attendant fifteen year sentence, is affirmed.

All concur.